## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ASHENAFI G. ABERHA, | ) | 3:20-cv-00060-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | March 1, 2021 |
| D. JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u> KAREN WALKER </u>   REPORTER:  <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Notice to the Court Regarding the Court Ordered Meet and Confer (ECF No. 14). Defendant states "Counsel for Defendant had a telephonic conference with Plaintiff. The parties were not able to reach an agreement, as Plaintiff claims that he did not agree to the settlement at the mediation." (*Id.* at 2.)

**IT IS HEREBY ORDERED** that the Clerk shall arrange for a transcript of the January 19, 2021, Early Mediation Conference (ECF No. 7) at the Government's expense.

**IT IS FURTHER ORDERED** that the transcript shall be prepared in the **fourteen (14) day** timeframe and copies shall be provided to Plaintiff and counsel for Defendants.

**IT IS FURTHER ORDERED** that Plaintiff shall have **ten (10) days after the filing of the transcript** to respond to Defendant's Motion to Enforce Settlement Agreement (ECF No. 8).

DEBRA K. KEMPI, CLERK

By:  <u>      /s/                              </u>
       Deputy Clerk