# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASHENAFI ABERHA,<br><br>                    Plaintiff,<br><br>   v.<br><br>D. JONES, et al.,<br><br>                    Defendants. | 3:20-cv-00060-MMD-CSD<br><br>**ORDER** |

Pursuant to the Court's Order to Show Cause (ECF No. 55),

**IT IS HEREBY ORDERED** that the Deputy Attorney General Lance White shall arrange to have Correctional Officers Caldwell and Rowley present by video for the Show Cause Hearing scheduled on **Thursday, July 28, 2022, at 9:00 a.m.**

DATED:  June 23, 2022.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE